| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Aldisert, Ruggero J | 2. Court or Organization Third Circuit | 3. Date of Report 4/7/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 120 Cremona Drive Suite "D" Santa Barbara CA 93117-5511 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Trustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/26 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 21,203.88 |
| 2. 7/24 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $ 5674.38 |
| 3. 3/5 | Thompson West (Publications Royalties) | $ 877.24 |
| 4. March-Dec. | AutborHouse and retail outlets (Publications Royalties) | $ 108.40 |
| 5. 3/73 | Yoa Enterprises (Publication (Royalties) | $ 373.32 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blair Cty Hosp. Bond | A | Interest | J | T | | | | | |
| 2. Santa Barbara Bank & Trust Co | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Cantella & Co. IRA | B | Dividend | K | T | | | | | |
| 5. --Columbia Marsico 21st Fund | | | | | | | | | |
| 6. --Davis New York Venture | | | | | | | | | |
| 7. --Pimco FDS Pac Invt Mgmt Serv | | | | | | | | | |
| 8. --Van Kampen Equity & Income | | | | | | | | | |
| 9. --Alliance Berstein Balanced | | | | | | | | | |
| 10. --Growth Fund Amer Inc. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. MUTUAL FUNDS | | | | | | | | | |
| 13. Gabelli Asset | A | Dividend | K | T | | | | | |
| 14. Davis New York Venture | A | Dividend | K | T | | | | | |
| 15. Columbia Acorn Fund Cl A | A | Dividend | J | T | | | | | |
| 16. Growth Fund of America | A | Dividend | L | T | | | | | |
| 17. American Funds Tax Exempt "F" | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., ren, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMCAP Fund | A | Dividend | L | T | | | | | |
| 19. Royce Total Return | A | Dividend | K | T | | | | | |
| 20. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 21. Van Kampen High Yield Muni | A | Interest | K | T | | | | | |
| 22. Van Kampen Comstock Cl A | A | Dividend | K | T | | | | | |
| 23. Franklin Invs Sec. Tr. Flltg | | | | | Sell | 12/03 | J | | |
| 24. Pimco FDS Pac Int. Mgmt | | | | | Sell | 1/7 | J | | |
| 25. Franklin Mutual Recovery FD | A | Dividend | J | T | | | | | |
| 26. Alliance Bernstein Intl | | | | | Sell` | 2/07 | J | | |
| 27. Alliance Bernstein Muni Income | A | Interest | K | T | | | | | |
| 28. Diamond Hill Long-Short Fund | A | Interest | J | T | | | | | |
| 29. Bear Stearns Tempfund | A | Interest | J | T | | | | | |
| 30. Marsico 21st Century Columbia Funds Ser Tr | A | Dividend | K | T | Buy | 1/10 | K | | |
| 31. Pimco Funds Developing Local Mrkt Fd | A | Dividend | K | T | Buy | 1/10 | K | | |
| 32. | | | | | | | | | |
| 33. COMMON STOCKS | | | | | | | | | |
| 34. Johnson & Johnson | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of New York Mellon Corp (formerly Mellon Finl Corp). | A | Dividend | K | T | | | | | |
| 36. Pfizer | A | Dividend | J | T | | | | | |
| 37. General Electric | A | Dividend | K | T | | | | | |
| 38. Citigroup | A | Dividend | | | Sell | 10/18 | J | D | |
| 39. IShares FTSE/Xinhua China 25 Fund | A | Dividend | J | T | | | | | |
| 40. Starbucks Corp | | | | | Sell | 12/11 | J | | |
| 41. Schlumberger LTD Antilles | A | Dividend | J | T | | | | | |
| 42. Apple, Inc. | | | J | T | Buy | 1/24 | J | | |
| 43. | | | | | | | | | |
| 44. INVESTMENT CLUB | | | | | | | | | |
| 45. Mission Impossible Partners | A | Dividend | M | T | | | | | |
| 46. --Johnson & Johnson | | | | | Sell | 4/20 | J | A | |
| 47. --Citigroup | | | | | Sell | 10/18 | J | A | |
| 48. --Berkshire Hathaway | | | | | | | | | |
| 49. --J.M. Smucker | | | | | Sell | 4/20 | J | | |
| 50. -Proctor & Gamble | A | Dividend | | | Sell | 9/27 | J | B | |
| 51. --Costco Wshl Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --3M Co | | | | | Sell | 4/26 | J | A | |
| 53.  --Pfizer, Inc. | | | | | Sell | 6/26 | J | B | |
| 54.  --First Data Corp. | | | | | Sell | 4/27 | J | B | |
| 55.  --Exxon Mobil Corp | | | | | | | | | |
| 56.  --Valero Energy Corp. | | | | | | | | | |
| 57.  --Lowes Companies Inc | | | | | Sell | 7/27 | J | A | |
| 58.  --Schlumberger Ltd. | | | | | | | | | |
| 59.  --Apple, Inc. (formerly reported as Apple Computer Co) | | | | | | | | | |
| 60.  --Goldman Sachs Groups Inc. | | | | | Sell | 9/28 | J | B | |
| 61.  --Intel | | | | | Sell | 1/26 | J | | |
| 62.  --NEC Corp | | | | | Sell | 4/27 | J | A | |
| 63.  --Nucor Corp | | | | | | | | | |
| 64.  --Western Union | | | | | | | | | |
| 65.  --IShares FTSE/XINHUA China 25 | | | | | | | | | |
| 66.  --Simpson Mgf Co | | | | | Sell | 4/27 | J | A | |
| 67.  --Aetna | | | | | Buy | 11/30 | J | | |
| 68.  --Best Buy Co Inc | | | | | Buy | 6.29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --Boeing Co. | | | | | Buy | 11/30 | J | | |
| 70.  --Cameco Corp Canada | | | | | Buy | 10/26 | J | | |
| 71.  --Cisco Systems Inc | | | | | Buy | 4/27 | J | | |
| 72.  --Citigroup | | | | | Buy | 11/30 | J | | |
| 73.  --Genentech Inc. | | | | | Buy | 8/24 | J | | |
| 74.  --Pacific Capital Bancorp | | | | | Buy | 7/27 | J | | |
| 75.  -Taubman Centers Inc. | | | | | Buy | 11/30 | J | | |
| 76.  --IShares MSCI Emerging Mkts. | | | | | Buy | 6/29 | J | | |
| 77.  MONEY MARKET FUNDS | | | | | | | | | |
| 78.  UBS Financial Services | A | Interest | J | T | | | | | |
| 79.  Bear Steans Securities Corp | A | Interest | J | T | | | | | |
| 80.  Cantella & Co.  Privileged Access Gold Account | A | Dividend | K | T | Buy | 2/9 | K | | |
| 81. | | | | | | | | | |
| 82.  LIFE INSURANCE POLICIES | | | | | | | | | |
| 83.  Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 84.  Transamerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 85.  Penn Mutual Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J | 4/7/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544